

# United States District Court
# Eastern District of California

| | |
|---|---|
| Pacific International Liquor, Inc. | 2:25-cv-00761-DC-CKD |
| Plaintiff(s) | Case Number: 2:25-at-00315 |
| V. | |
| Oliana Experience LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kenneth Motolenich-Salas hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Pacific International Liquor, Inc.

On 06/07/2010 (date), I was admitted to practice and presently in good standing in the US District Court for the District of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/06/2025        Signature of Applicant: /s/ Kenneth Motolenich-Salas

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kenneth Motolenich-Salas |
| Law Firm Name: | MotoSalas Law, PLLC |
| Address: | 16210 North 63rd Street |
| City: | Scottsdale    State: AZ    Zip: 85254 |
| Phone Number w/Area Code: | (202) 257-3720 |
| City and State of Residence: | Scottsdale, Arizona |
| Primary E-mail Address: | ken@motosalaslaw.com |
| Secondary E-mail Address: | kmotolen@yahoo.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sharon A. Urias |
| Law Firm Name: | Greenspoon Marder LLP |
| Address: | 1875 Century Park East, Suite 1900 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (480) 306-5458    Bar #: 180642 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 31, 2025

_Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney US Magistrate Judge

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that Kenneth M. Motolenich-Salas was duly admitted to practice in this Court on June 7, 2010, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on November 26, 2024

_____
Debra D. Lucas
District Court Executive/Clerk of Court

_____
Beth Stephenson
DEPUTY CLERK